# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 22 A 11: 43

CLERK
SO. DIST. OF GA.

GENERAL CIGAR CO., INC.
Plaintiff

v.

SOUTHERN SMOKE, LLC; et al
Defendant

Case No. CV206-202

Appearing on behalf of
GENERAL CIGAR CO., INC. (Plaintiff)
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 22 day of Sept., 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER: John F. Olsen

Business Address: Robertson, Freilich, Bruno & Cohen, LLC
Firm/Business Name

The Legal Center, 9th Floor
Street Address

One Riverfront Plaza | Newark | NJ | 07102
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City, State, Zip
(973) 848-2100
Telephone Number (w/ area code)   Georgia Bar Number