# United States District Court
## *Southern District of Georgia*

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 22  A 11: 43

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| GENERAL CIGAR CO., INC. | Case No.  CV206-202 |
| Plaintiff | |
| v. | Appearing on behalf of |
| SOUTHERN SMOKE, LLC; et al | GENERAL CIGAR CO., INC. (Plaintiff) |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This  2 2  day of <u>Sept.</u> , <u>2006</u> .

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

NAME OF PETITIONER:   Owen J. McKeon

Business Address:   Robertson, Freilich, Bruno & Cohen, LLC
Firm/Business Name
The Legal Center, 9th Floor
Street Address

| One Riverfront Plaza | Newark | NJ | 07102 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City,  State,  Zip | |
|---|---|---|
| (973) 848-2100 | | |
| Telephone Number (w/ area code) | Georgia Bar Number | |