IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

GENERAL CIGAR CO., INC.,

    Plaintiff,

v.                                  CIVIL ACTION NO.: CV206-202

SOUTHERN SMOKE, L.L.C., a
Georgia limited liability company;
CORNER CIGARS DISTRIBUTING,
INC., a Georgia Corporation, a/k/a,
CornerCigars.Com; SEMINOLE
CIGAR FACTORY, a fictitious name;
filed in Florida; VICTOR SINCLAIR, INC.,
a Georgia corporation; BIG DOG
CIGAR, L.L.C., a Florida limited liability
company; DOMINICAN CIGARS LTD,
a Nevada limited liability company, a/k/a
DomCigars.com, a/k/a CheapCigar
Bundles.com, a/k/a Dominican Cigars
Direct; WILLIAM A. RHODES; BENJAMIN
T. IANUZZI; YOSELIN GARCIA, and
CHARLES R. CREEKMORE,

    Defendants.

## ORDER

The Joint Motion for Modification of Scheduling Order is hereby **GRANTED**. Discovery is extended up to and through May 24, 2007. The times for filing motions and the Consolidated Pretrial Order are likewise extended.

**SO ORDERED**, this 9th day of March, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)